**Gina M. Corena, Esq.**
Nevada Bar No. 10330
gina@lawofficecorena.com
**Mahna Pourshaban, Esq.**
Nevada Bar No. 13743
mahna@lawofficecorena.com
GINA CORENA & ASSOCIATES
300 S. Fourth Street, Suite 1250
Las Vegas, Nevada 89101
Telephone: (702) 680-1111
Facsimile: (888) 987-6507
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# STATE OF NEVADA

| | |
|---|---|
| DAVID PAUL CASAB, an individual, <br><br> Plaintiff, <br><br> v. <br><br> WALMART, INC., d/b/a WALMART #5269; WAL-MART STORES, INC.; WAL-MART NEIGHBORHOOD MARKET; ALISHA MEDRANO; DOE PROPERTY OWNER I-V; ROE PROPERTY OWNER I-V; DOE JANITORIAL EMPLOYEE I-V; ROE JANITORIAL COMPANY I-V; ROE MAINTENANCE COMPANY I-V; ROE PROPERTY MANAGEMENT COMPANY IV; DOE MAINTENANCE WORKER I-V; DOE PROPERTY MANAGER I-V; DOE EMPLOYEE I-V; ROE EMPLOYER I-V; and ROE COMPANIES I-V, inclusive, jointly and severally, <br><br> Defendants. | CASE NO.: 2:22-cv-01121-JCM-EJY <br><br> **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES** <br><br> **[FIRST REQUEST]** <br><br> **SUBMITTED IN COMPLIANCE WITH LR26-1(e)** |

The parties, by and through their counsel, and through their respective counsel, and pursuant to Local Rule 26-3, stipulate to modify their discovery plan as follows:

1.  Plaintiff filed her Complaint in the Eighth Judicial District Court for Clark County, Nevada on February 16, 2022.

1  2. Defendants removed said case to the U.S. District Court for the District of Nevada on October 6, 2022 (ECF No. 1).

3. The parties held their FRCP 26(f) conference on February 2, 2023, and in compliance with FRCP 26(f) and LR 26-1(e) filed their initial Stipulated Discovery Plan and Scheduling Order on February 3, 2023 (ECF No. 9).

4. On February 6, 2023, the Magistrate Judge established a stipulated discovery plan (ECF No. 10).

5. In compliance with Local Rule 26-3, the parties provide the following information regarding the discovery status:

    a. Discovery Completed, per LR 26-3(a):

- The parties have exchanged initial disclosures, and supplements, of witnesses and documents, pursuant to Fed.R.Civ.P.26(a) between August 16, 2022 and September 19, 2022.
- Defendant has received signed medical authorizations, and has begun the process of independently obtaining Plaintiff's medical records arising out of the subject incident.
- Defendant deposed Plaintiff David Casab on February 2, 2023.
- Plaintiff and Defendant have served and responded to written discovery requests.

    b. Discovery that remains to be completed:

Additional time is needed for Plaintiff to take the deposition of the FRCP 30(b)(6) designee for Defendant Walmart Inc.; disclosure of expert witnesses and depositions of expert witnesses. Additional written discovery to Plaintiff and Defendant as deemed necessary following the remaining depositions. Plaintiff held a 2.34 conference call with Defense Counsel on the topics for FRCP 30(b)(6). At current Plaintiff is awaiting dates of availability for Defendants' witness(es) to notice the deposition of their FRCP 30(b)(6).

    c. Reasons why discovery was not completed: The parties' current Discovery Plan and Scheduling Order does not allow enough time to conduct further discovery due to the scheduling conflicts that have not allowed for the noticing of Defendant's FRCP 30(b)(6)

witness(es). Additionally, Plaintiff wishes to conduct the deposition of the FRCP 30(b)(6) designee for Defendant Walmart Inc.  Additional time for discovery is necessary to avoid prejudice and to facilitate a fair and just investigation of Plaintiff's claims against Defendant. The Parties also intend to extend initial and rebuttal expert disclosures in hopes of reaching a settlement.

      d.      Proposed schedule for completion of remaining discovery (extension of remaining deadlines by approximately 60 days):

| | Old Deadlines | **New Deadlines** |
|---|---|---|
| Amend Pleadings or Add Parties: | May 3, 2023 | **---** |
| Initial Expert Disclosure per FRCP 26(a)(2): | June 2, 2023 | **August 1, 2023** |
| Rebuttal Expert Disclosure: | July 3, 2023 | **September 1, 2023** |
| Close of Discovery: | August 1, 2023 | **October 2, 2023** |
| Submit Dispositive Motions: | August 31, 2023 | **October 30, 2023** |
| Joint Pre-Trial Order: | October 2, 2023 | **December 1, 2023** |

WHEREFORE, the parties respectfully request that this Court extend the discovery period by sixty (60) days from the current deadline as outlined in accordance with the proposed dates above.

DATED this 31st day of May, 2023        DATED this 31st day of May, 2023

**GINA CORENA & ASSOCIATES**        **ALVERSON TAYLOR & SANDERS**

   */s/ Mahna Pourshaban*                     */s/ Tanya Fraser*
**Mahna Pourshaban, Esq.**              **Madison M. Aguirre, Esq.**
Nevada Bar No. 12743                   Nevada Bar No. 16183
300 S. Fourth Street, Suite 1250       **Tanya Fraser, Esq.**
Las Vegas, Nevada 89101              Nevada Bar No. 013872
*Attorneys for Plaintiff*                    6605 Grand Montecito Parkway
                                          Las Vegas, NV 89149
                                          *Attorney for Defendants*


**CASE NO.: 2:22-cv-01121-JCM-EJY**
**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**
**[FIRST REQUEST]**

|  | Old Deadlines | **New Deadlines** |
|---|---|---|
| Amend Pleadings or Add Parties: | May 3, 2023 | --- |
| Initial Expert Disclosure per FRCP 26(a)(2): | June 2, 2023 | **August 1, 2023** |
| Rebuttal Expert Disclosure: | July 3, 2023 | **September 1, 2023** |
| Close of Discovery: | August 1, 2023 | **October 2, 2023** |
| Submit Dispositive Motions: | August 31, 2023 | **October 30, 2023** |
| Joint Pre-Trial Order: | October 2, 2023 | **December 1, 2023** |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:  May 31, 2023**