**Gina M. Corena, Esq.**
Nevada Bar No. 10330
gina@lawofficecorena.com
**Mahna Pourshaban, Esq.**
Nevada Bar No. 13743
mahna@lawofficecorena.com
**GINA CORENA & ASSOCIATES**
300 S. Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Telephone: (702) 680-1111
Facsimile: (888) 987-6507
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**STATE OF NEVADA**

| | |
|---|---|
| DAVID PAUL CASAB, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WALMART, INC., d/b/a WALMART #5269; WAL-MART STORES, INC.; WAL-MART NEIGHBORHOOD MARKET; ALISHA MEDRANO; DOE PROPERTY OWNER I-V; ROE PROPERTY OWNER I-V; DOE JANITORIAL EMPLOYEE I-V; ROE JANITORIAL COMPANY I-V; ROE MAINTENANCE COMPANY I-V; ROE PROPERTY MANAGEMENT COMPANY IV; DOE MAINTENANCE WORKER I-V; DOE PROPERTY MANAGER I-V; DOE EMPLOYEE I-V; ROE EMPLOYER I-V; and ROE COMPANIES I-V, inclusive, jointly and severally,<br><br>Defendants. | CASE NO.: 2:22-cv-01121-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DATE OF PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT**<br><br>**[FIRST REQUEST]** |

The parties, by and through their counsel, and through their respective counsel, and stipulate to the following:

/ / /

/ / /

1. Plaintiff will file his Opposition to Defendant's Motion for Summary Judgement by Thursday, July 13, 2023.

DATED this 10th of July, 2023.                    DATED this 10th of July, 2023.

**GINA CORENA & ASSOCIATES**                    **ALVERSON TAYLOR & SANDERS**


 */s/ Mahna Pourshaban*                            */s/ Kurt R. Bonds*
**Mahna Pourshaban, Esq.**                         **Kurt R. Bonds, Esq.**
Nevada Bar No. 12743                               Nevada Bar No. 006228
300 S. Fourth Street, Suite 1250                   **Tanya Fraser, Esq.**
Las Vegas, Nevada 89101                            Nevada Bar No. 013872
*Attorneys for Plaintiff*                          6605 Grand Montecito Parkway
                                                   Las Vegas, NV 89149
                                                   *Attorney for Defendants*


IT IS SO ORDERED; provided, however, that in the future the reason for the extension must be given.  LR IA 6-1(a).

_____
UNITED STATES MAGISTRATE JUDGE

Dated:  July 11, 2023