**HALL & EVANS, LLC**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
MADISON M. AGUIRRE, ESQ.
Nevada Bar No. 16183
TANYA M. FRASER, ESQ.
Nevada Bar No. 13872
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
*Attorneys for Defendants*

DISTRICT COURT

CLARK COUNTY, NEVADA

| | |
|---|---|
| DAVID PAUL CASAB, an individual, | CASE NO.: 2:22-cv-01121-JCM-EJY |
| Plaintiff, | |
| vs. | |
| WALMART, INC., d/b/a WALMART #5269; WAL-MART STORES, INC.; WAL-MART NEIGHBORHOOD MARKET; ALISHA MEDRANO; DOE PROPERTY OWNER I-V; ROE PROPERTY OWNER I-V; DOE JANITORIAL EMPLOYEE I-V; ROE JANITORIAL COMPANY I-V; ROE MAINTENANCE COMPANY I-V; ROE PROPERTY MANAGEMENT COMPANY I-V; DOE MAINTENANCE WORKER I-V; DOE PROPERTY MANAGER I-V; DOE EMPLOYEE I-V; ROE EMPLOYER I-V; and ROE COMPANIES I-V, inclusive, jointly and severally | **STIPULATION AND ORDER TO EXTEND CERTAIN DEADLINES** <br><br> **(THIRD REQUEST)** |
| Defendants. | |

. . .

. . .

. . .

. . .

. . .

1

KRB/20147-16

**STIPULATION AND ORDER TO EXTEND CERTAIN DEADLINES**

**(THIRD REQUEST)**

The parties, by and through their respective counsel, hereby stipulate to the following:

1. Defendants will file their Reply in support of Motion for Summary Judgment on Monday, August 21, 2023. This is the third request to adjust deadlines related to Defendants' Motion for Summary Judgment.

2. The parties will serve their respective rebuttal expert disclosures no later than Friday, September 15, 2023. This is the second request to adjust discovery-related deadlines.

Dated this 17th day of August, 2023.

GINA CORENA & ASSOCIATES

/s/Mahna Pourshaban
Gina M. Corena, Esq.
Mahna Pourshaban, Esq.
300 S. 4th Street, Suite 1250
Las Vegas, NV 89101

Dated this 17th day of August, 2023.

HALL & EVANS, LLC

/s/Kurt R. Bonds
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
MADISON M. AGUIRRE, ESQ.
Nevada Bar No. 16183
TANYA M. FRASER, ESQ.
Nevada Bar No. 13872
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
*Attorneys for Defendants*

IT IS SO ORDERED.

Dated August 18, 2023.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE