1  **HALL & EVANS, LLC**
2  KURT R. BONDS, ESQ.
   Nevada Bar No. 6228
3  TANYA M. FRASER, ESQ.
   Nevada Bar #13872
4  1160 North Town Center Drive
   Suite 330
5  Las Vegas, Nevada 89144
   (702) 998-1022
6  nvefile@hallevans.com
7  *Attorneys for Defendant*
   *Walmart Inc., d/b/a Walmart*
8  *#5269, Wal-Mart Stores, Inc.,*
   *Wal-Mart Neighborhood Market*
9

10                  UNITED STATES DISTRICT COURT

11                       DISTRICT OF NEVADA

12  DAVID PAUL CASAB, an individual,      CASE NO.: 2:22-cv-01121-JCM-EJY

13          Plaintiff,

14  vs.

15  WALMART, INC., d/b/a WALMART #5269;    **STIPULATION FOR DISMISSAL**
    WAL-MART STORES, INC.; WAL-MART        **OF ALL CLAIMS WITH**
16  NEIGHBORHOOD MARKET; ALISHA           **PREJUDICE**
    MEDRANO; DOE PROPERTY OWNER I-V;
17  ROE PROPERTY OWNER I-V; DOE
    JANITORIAL EMPLOYEE I-V; ROE
18  JANITORIAL COMPANY I-V; ROE
    MAINTENANCE COMPANY I-V; ROE
19  PROPERTY MANAGEMENT COMPANY I-
    V; DOE MAINTENANCE WORKER I-V; DOE
20  PROPERTY MANAGER I-V; DOE
    EMPLOYEE I-V; ROE EMPLOYER I-V; and
21  ROE COMPANIES I-V, inclusive, jointly and
    severally
22

23          Defendants.

24

25          IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, DAVID PAUL

26  CASAB, and Defendants, WALMART, INC. d/b/a WALMART #5269, WAL-MART STORES

27  INC., WAL-MART NEIGHBORHOOD MARKET, and ALISHA MEDRANO, by and through

28  their respective counsel of record, that the claims asserted by Plaintiff, DAVID PAUL CASAB,

HALL & EVANS, LLC
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022

KB/20147-16

against Defendants, WALMART, INC. d/b/a WALMART #5269, WAL-MART STORES INC.,
WAL-MART NEIGHBORHOOD MARKET, and ALISHA MEDRANO, be dismissed in their
entirety, with prejudice, the parties each to bear their own costs and fees.

This matter is not currently set for trial and the parties request that all pending deadlines
and hearings currently set in this case be VACATED.

**IT IS SO STIPULATED.**

DATED this 28th day of July, *Aug* 2024.

HALL & EVANS, LLC.

_____
KURT R. BONDS, ESQ.
Nevada Bar #6228
TANYA M. FRASER, ESQ.
Nevada Bar #13872
1160 North Town Center Drive, Ste 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
*Attorneys for Defendant*
*Walmart Inc., d/b/a Walmart*
*#5269, Wal-Mart Stores, Inc.,*
*Wal-Mart Neighborhood Market*

DATED this 14 day of July, *Aug* 2024.

GINA CORENA & ASSOCIATES

_____
MAHNA POURSHABAN, ESQ.
Nevada Bar No. 13743
300 South 4th Street, Suite 1400
Las Vegas, Nevada 89101
Telephone: (702) 680-1111
Facsimile: (888) 897-6507
mahna@lawofficecorena.com
*Attorneys for Plaintiff*

## ORDER FOR DISMISSAL OF ALL CLAIMS, WITH PREJUDICE

**IT IS SO ORDERED** August 30, 2024.

_____
U.S. DISTRICT JUDGE

Respectfully submitted by:

HALL & EVANS, LLC.

/s/ _____
KURT R. BONDS, ESQ.
Nevada Bar #6228
1160 North Town Center Drive, Ste 330
Las Vegas, Nevada 89144
(702) 998-1022
*Attorneys for Defendants*

HALL & EVANS, LLC
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022

KB/20147-16